FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 OCT -2 AM 10: 19

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, : No. 2:15-cr-228
:
vs. : Judge GRAHAM
:
JOHN P. RAPHAEL, :
:
    Defendant. :

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION
## OF ELEMENTS AND PENALTIES FOR 18 U.S.C. § 1951(a)

A.    ELEMENTS:  18 U.S.C. § 1951(a)

    1.    The defendant knowingly obtained and attempted to obtain property from Company A and its executives that was not due the defendant;

    2.    The defendant did so by means of extortion—that is, the defendant obtained and attempted to obtain the property of Company A and its executives, with Company A and the executives' consent, induced by the wrongful use of fear of economic harm;

    3.    The defendant's actions obstructed, delayed, and affected, and attempted to obstruct, delay, and affect, in any way and degree commerce and the movement of articles and commodities in commerce;

    4.    The above conduct took place in the Southern District of Ohio at or near the time alleged in the Bill of Information.

B.  PENALTIES

1. Mandatory Minimum: None.

2. Possible Maximum: Twenty (20) years in prison, a fine of $250,000 or a fine of twice the gross gain or loss pursuant to 18 U.S.C. § 3571(d), three (3) years supervised release, and $100.00 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

_____
J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Mike.Marous@usdoj.gov