United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Graham and Judge Smith

FROM: Eduardo Rivera , Deputy Clerk

DATE: 10/2/2015

SUBJECT: Case Caption: USA v. John P. Raphael

CASE: Case Number: 2:15-cr-228

DISTRICT JUDGE: Judge Graham

File Date: 10/2/2015

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Aaron M. Rosenberg (SEALED)**

Case Number: **2:14-cr-32**    District Judge: **Smith**

File Date: **2/10/2014**    Magistrate Judge:

**Related Case(s):**

Case Caption: **USA v. Karen L. Finley**

Case Number: **2:15-cr-148**    District Judge: **Smith**

File Date: **6/10/2015**    Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk    __Eduardo Rivera__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____Smith_____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

Revised 9/14/2012