UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

United States of America

-vs-     Case No. 2:15-cr-228

John P. Raphael

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | October 15, 2015 at 2:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Michael Marous |
| COURT REPORTER: | Gina Wells | COUNSEL FOR DEFT(S). | S. Michael Miller<br>Roger Sugarman |
| INTERPRETER: | | PRETRIAL/PROBATION: | Shelly Singleterry |
| | | | |

Arraignment on Information & Bond Hearing

-Dft consents to pleading before a U.S. Magistrate Judge
-Dft sworn in
-Court finds dft is competent to enter a plea
-Dft signs waiver of indictment
-Dft pleads guilty
-Statement of facts read by Agent
-PSI Ordered
-R&R to be issued
-Dft released on O/R bond