# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

United States of America,
    Plaintiff,

v.

John Raphael,
    Defendant.

Case No. __2:15cr228__
Judge Michael H. Watson

## CRIMINAL SENTENCING MINUTES
### before
### Judge Michael H. Watson

Courtroom Deputy: **Jennifer Kacsor**
Court Reporter: **Lahana DuFour**
Date: **June 8, 2016**    Time: Commenced **12:50** Concluded **2:45** Total **1 hour, 55 mins.**

United States Attorney: **Mike Marous**   Defendant Attorney: **Mike Miller and Roger Sugarman**

✓ Dft plead to Count(s) ___1___ of Indictment - **Information**
___ Motion filed by USAO to dismiss Count(s) _____ of Indictment

**Procedure:**

✓ Sentencing
___ Deft Sworn
___ Supervised Release Violation hearing held.
✓ PSI reviewed by the parties.
✓ No Objections ___ Objections ___ Plaintiff ___ Defendant
✓ Considered for sentencing (___ letter(s) from _____; ___ sentencing memo from _____;
    ___ other _____
___ Motion filed by USA for downward departure. ___ Side bar held. ___ Court ordered in open Court
✓ Informed of Defendant's Right to Appeal
___ Clerk to Prepare Appeal Notice

**Sentencing:**
✓ Defendant sentenced.
___ Probation ___ Years
✓ Custody **15** Months (remanded/vol sur.)
✓ Supervised Release __1__ Years ( __ Mo.)
✓ Standard/Special Conditions of Sup'd Rel/Probation

✓ Fine $ **5,000** (interest waived)
✓ Special Assessment $ **100.00**
___ Restitution $ _____
___ Forfeiture (see J&C)
___ See J&C for Special Instructions re: payment
___ Denial of Benefits (see J&C)

| ✓ No firearms, etc & Collect in DNA | ___ Home Confinement ( ___ Months) | ___ No access to computer online service | ___ Turn over financial info to USPO |
| --- | --- | --- | --- |
| ___ No new lines of credit | ___ Register as a sex offender | ___ Credit counseling | ___ Obtain GED |
| ___ Community Service ( ___ months) | ___ No alcohol | ___ Mental Health Treatment | ___ drug testing and treatment |
| ___ IFRP | ___ 500 Hour Residential Drug Treatment Program | ___ Non-Residential Drug Treatment Program | ✓ Court to recommend facility near **Ohio** |